IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ꟼꞬ D.C.

05 SEP 21 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                    NO. 05-20258-Ma

TERESA Y. BELL,

    Defendant.

---

ORDER RESETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME

---

    Before the court is the defendant's September 19, 2005, motion to reset a change of plea hearing which was set on September 22, 2005. The continuance is necessary to allow for a period of physical incompetence of the defendant, and for good cause shown, the motion is granted. The change of plea hearing is **reset** to **Tuesday, October 18, 2005, at 9:00 a.m.**

    The period through October 18, 2005, is excluded under 18 U.S.C. § 3161(h)(4) due to the unavailability of the defendant.

It is so ORDERED this 21st day of September, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-23-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20258 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT