IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY __ D.C.

05 OCT 19 AM 9:54

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                  NO. 05-20258-Ma

TERESA Y. BELL,

    Defendant.

---

ORDER RESETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME

---

    Before the court is the defendant's October 14, 2005, motion to reset a change of plea hearing which was set on October 18, 2005. The continuance is necessary to allow defendant additional time to prepare, and for good cause shown, the motion is granted. The change of plea hearing is **reset** to **Wednesday, October 26, 2005, at 1:45 p.m.**

    The period from October 18, 2005, through October 26, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare

    It is so ORDERED this 18th day of October, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-21-05

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20258 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT